IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SAM EDWARD THURMOND, SR**                                                        **PLAINTIFF**
**ADC #127149**

v.                       **CASE NO. 4:17-CV-00507 BSM**

**TIM RYALS, et al.**                                                               **DEFENDANTS**

## ORDER

The proposed findings and recommendations [Doc. No. 39] submitted by United States Magistrate Judge Jerome T. Kearney have been received as well as plaintiff Sam Thurmond's objection [Doc. No. 40]. After *de novo* review of the record, the proposed findings and recommendations are adopted in their entirety. Accordingly, defendants' motion for summary judgment [Doc. No. 30] is granted, and Thurmond's complaint is dismissed with prejudice.

IT IS SO ORDERED this 13th day of July 2018.

_____
UNITED STATES DISTRICT JUDGE